IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES DEAN TAYLOR,

    Plaintiff,                      No. CIV S-08-1081 GEB EFB P

    vs.

KATHY PROSPER, et al.,

    Defendants.          ORDER

_____/

    Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file objections to the December 15, 2008 findings and recommendations. *See* Fed. R. Civ. P. 6(b).

    Plaintiff's December 24, 2008 request is granted and plaintiff has 20 days from the date this order is served to file objections to the December 15, 2008 findings and recommendations.

    So ordered.

DATED: December 31, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE